# EXHIBIT 1

# SUPERIOR COURT OF COLUMBIA COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COLUMBIA COUNTY, GEORGIA
**2022ECV0296**

MAY 27, 2022 11:42 AM

*Cindy Mason, Clerk*
*Columbia County, Georgia*

CIVIL ACTION NUMBER   2022ECV0296

Letney, Mary
_____
**PLAINTIFF**

VS.

Academy Sports and Outdoors
_____
**DEFENDANT**

## SUMMONS

TO: ACADEMY SPORTS AND OUTDOORS

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Alex Mayfield**
> **Monge & Associates**
> **8205 Dunwoody Place**
> **Building 19**
> **Atlanta, Georgia 30350**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 27th day of May, 2022.**

Clerk of Superior Court

_____
*Cindy Mason, Clerk*
*Columbia County, Georgia*

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COLUMBIA COUNTY, GEORGIA
**2022ECV0296**
MAY 27, 2022 11:42 AM

Cindy Mason, Clerk
Columbia County, Georgia

IN THE SUPERIOR COURT OF COLUMBIA COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **MARY LETNEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil File No: |
| | ) | |
| **ACADEMY SPORTS AND OUTDOORS,** | ) | |
| | ) | |
| **Defendant.** | ) | **DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PERSONAL INJURIES

NOW COMES, Mary Letney, (hereinafter "Plaintiff") by and through her Counsel of Record, and shows this Court the following facts and circumstances in support of this Complaint.

1.

Defendant, Academy Sports and Outdoors (hereinafter referred to as "Defendant") is subject to the jurisdiction of this Court and can be served with a Summons, Complaint for Personal Injuries, Interrogatories, Request for Production of Documents and Request for Admissions at its registered agent, located at 289 South Culver Street, Lawrenceville, Georgia 30046.

2.

On September 6, 2020, Plaintiff was a business invitee at Academy Sports and Outdoors, located at 4210 Washington Road, Evans, GA 30809.

3.

Plaintiff entered the front entrance and while shopping got stuck and fell on a sticky floor. The Defendant did not utilize a caution sign.

4.

Under Georgia law, "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. § 51-3-1

5.

Defendant had non-delegable duty to maintain safe premises to the Plaintiff and breached this duty.

6.

Defendant had actual and/or constructive knowledge of the hazardous condition of the floor. Specifically, at least one (1) employee, was working in the area where Plaintiff fell.

7.

Plaintiff lacked knowledge of the hazard despite her exercise of ordinary care.

8.

As a direct result of Defendant's negligent conduct, Plaintiff incurred objective injuries requiring medical treatment.

9.

Plaintiff has incurred treatment expenses as a result of this incident.

10.

This is a clear liability case caused by Defendant's negligent conduct.

11.

Plaintiff has incurred treatment expenses in excess of $14, 274.84 as a result of this incident.

12.

This is a clear liability case caused by Defendant's negligent conduct.

13.

On December 20, 2021, Plaintiff's counsel submitted a settlement demand to Defendant's agent with a time limit of thirty (30) days to respond.

14.

The Defendant has adopted a so-sue-me attitude and forced the Plaintiff to resort to the Court for the purpose of seeking relief in a case in which there is no bona fide controversy related to Defendant's liability.

15.

The Defendant or its agents have acted in bad faith, been stubbornly litigious, or otherwise caused the Plaintiff unnecessary trouble and expense which authorizes an award of the expenses of litigation pursuant to O.C.G.A. § 13-6-11; U-Haul Company of Western Georgia v. Ford, 171 Ga. App. 744, 320 S.E.2d 868 (1984).

16.

Defendant is indebted to Plaintiff for past, present and future treatment expenses; past, present and future pain and suffering; past, present and future loss of ability to enjoy life; lost wages, expenses of litigation, and all other damages allowed by Georgia law.

17.

Plaintiff seeks damages for reasonable and necessary attorneys' fees and expenses of litigation for any frivolous defenses as allowed by O.C.G.A. § 9-11-68(e).

18.

Defendant's conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

WHEREFORE, Plaintiff having set forth the facts and circumstances in support of her cause of action, respectfully requests to be GRANTED:

(a)  A trial by jury;

(b)  Compensatory damages in an amount to be determined at trial;

(c)  Punitive damages, in an amount to be determined at trial;

(d)  Expenses of litigation, including reasonable attorney's fees; and

(e)  Such other relief as this Court may deem fair and reasonable.

This the 27th day of May 2022.

    Respectfully submitted,

    MONGE & ASSOCIATES

    /s/ *Alex D. Mayfield*

    Alex D. Mayfield
    Georgia State Bar No. 584065
    Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
(800) 899-5750
AlexM@monge.lawyer

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COLUMBIA COUNTY, GEORGIA
**2022ECV0296**

JUN 22, 2022 10:26 AM
Superior Court

*Cindy Mason*
Cindy Mason, Clerk
Columbia County, Georgia

# AFFIDAVIT OF SERVICE

**State of Georgia**                **County of Columbia**

Case Number: 2022ECV0296

Plaintiff: **Mary Letney**
vs.
Defendant: **Academy Sports and Outdoors**

For:
Alex Mayfield
Mayfield Law LLC
3511 Altama Ave
Brunswick, GA 31520

Received by Ancillary Legal Corporation on the 17th day of June, 2022 at 12:06 pm to be served on **Academy Sports & Outdoors c/o CT Corporation System, 289 South Culver Street, Lawrenceville, GA 30046**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **17th day of June, 2022** at **1:45 pm, I:**

served **Academy Sports & Outdoors c/o CT Corporation System** by delivering a true copy of the **Summons, Complaint for Personal Injuries, Plaintiff's First Request for Admissions to Defendant, Plaintiff's First Interrogatories to Defendant, Plaintiff's First Request for Production of Documents to Defendant, General Civil and Domestic Relations Case Filing Information Form** to: CT Corporation as **Registered Agent, BY LEAVING THE SAME WITH** Linda Banks as **Authorized to Accept** at the address of: **289 S. Culver Street, Lawrenceville, GA 30046**.

**Additional Information pertaining to this Service:**
6/20/2022  9:36 am  Perfected corporate service at 289 S. Culver Street, Lawrenceville, GA 30046, by serving Linda Banks, process specialist.

White female, gray hair, ~70-75 years old, ~5'4, ~140 lbs, wears glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

**Christopher Todd Horton**
Process Server

Subscribed and Sworn to before me on the ____ day of _____, 20__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2022005610
Ref: Letney

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i