IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MARY LETNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 122-091 |
| | ) |
| ACADEMY SPORTS AND OUTDOORS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On July 20, 2022, the Court ordered Defendant to provide sufficient evidence that the jurisdictional amount is in controversy. (<u>See</u> doc. no. 4.) On August 3, 2022, Defendant responded by submitting a detailed settlement letter with select portions of Plaintiff's medical records, as well as projected, future medical expenses. (<u>See</u> doc. no. 13.) The "evidence combined with reasonable deductions, reasonable inferences, [and] other reasonable extrapolations" demonstrates that the jurisdictional amount is in controversy. <u>Pretka v. Kolter City Plaza II, Inc.</u>, 608 F.3d 744, 754 (11th Cir. 2010). Thus, the Court finds that it has subject matter jurisdiction over the case at this time, and the case shall proceed.

SO ORDERED this 5th day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA