# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| Mary Letney,<br><br>                      Plaintiff,<br><br>vs.<br><br>Academy, Ltd., d/b/a Academy Sports + Outdoors,<br><br>                      Defendant. | Case No.: 1:22-cv-00091-JRH-BKE |

## Stipulation of Dismissal

Plaintiff Mary Letney and Academy, Ltd., d/b/a Academy Sports + Outdoors ("Academy") stipulate to the dismissal of any claims Plaintiff raised, or could have raised, in the above-referenced action with prejudice and with each party bearing their own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                          MONGE AND ASSOCIATES

May 12, 2023                        By: */s/ Amir Nowroozzadeh by MAA with permission*
                                          Amir Nowroozzadeh
                                          8205 Dunwoody Place
                                          Building 19
                                          Atlanta, Georgia 30350
                                          (800) 899-5750
                                          E-Mail: amirn@monge.lawyer

                                          *Attorney for Plaintiff*

*Stipulation of Dismissal*
*1:22-cv-00091-JRH-BKE*

|  |  |
|---|---|
| | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| May 12, 2023 | By: */s/ Matthew A. Abee* |

Abigail C. Castleberry (Admitted Pro Hac Vice)
Georgia Bar No. 696335
E-Mail: abigail.castleberry@nelsonmullins.com
Lucas A. Westby
Georgia Bar No. 594008
E-Mail: lucas.westby@nelsonmullins.com
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 332-6000

Matthew A. Abee (Admitted Pro Hac Vice)
Federal Bar No. 11747
E-Mail: matt.abee@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC 29201
(803) 799-2000

*Attorneys for Academy, Ltd.*

*Stipulation of Dismissal*
*1:22-cv-00091-JRH-BKE*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| Mary Letney,<br><br>                       Plaintiff,<br><br>vs.<br><br>Academy Sports and Outdoors,<br><br>                       Defendant. | Case No.: 1:22-cv-00091-JRH-BKE |

### Certificate of Service

I certify that on the date set forth below, I electronically filed the **Joint Status Report** with the Court using the CM/ECF system, which will serve a copy to the following counsel of record:

Alex Mayfield / Amir Nowroozzadeh
Monge & Associates
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
amir@monge.lawyer / alexm@monge.lawyer

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*
    Abigail C. Castleberry (Admitted Pro Hac Vice)
    Georgia Bar No. 696335
    E-Mail: abigail.castleberry@nelsonmullins.com
    Lucas A. Westby
    Georgia Bar No. 594008
    E-Mail: lucas.westby@nelsonmullins.com
    201 17th Street NW, Suite 1700
    Atlanta, GA 30363
    (404) 332-6000

    Matthew A. Abee (Admitted Pro Hac Vice)
    Federal Bar No. 11747
    E-Mail: matt.abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Columbia, SC 29201
    (803) 799-2000

May 12, 2023                *Attorneys for Academy, Ltd.*